```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTHONY SODONO,                     :
                                    :
                    Plaintiff,      :   19 Civ. 8295 (VM)
                                    :
    - against -                     :   ORDER
                                    :
VENKATA MEENAVALLI, et al.,         :
                                    :
                    Defendants.     :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021

**VICTOR MARRERO, United States District Judge.**

On March 4, 2020, the Court held a conference regarding Defendants' contemplated motion to dismiss the complaint and expressed its preliminary views regarding such a motion. (See Dkt. No. 16.) The Court also directed the parties to submit a proposed case management plan to govern discovery in this matter. (Id.) Defendants then filed an Answer. (See Dkt. No. 18.) Since then, apart from a change of address notice, (see Dkt. No. 19), there has been no record of any proceedings or filings of any papers or correspondence with the Court.

Accordingly, it is hereby

**ORDERED** that the above-named Plaintiff inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and their contemplation with regard to any further proceedings. In the event no timely response

to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         2 March 2021

                                    _____
                                           Victor Marrero
                                              U.S.D.J.