```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ANTHONY SODONO,                    :
                                   :
                    Plaintiff,     :   19 Civ. 8295 (VM)
                                   :
    - against -                    :        ORDER
                                   :
VENKATA MEENAVALLI, et al.,        :
                                   :
                    Defendants.    :
-----------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 1/5/2022**

**VICTOR MARRERO, United States District Judge.**

On March 2, 2021, Plaintiff in the above-captioned matter filed a status report (see Dkt. No. 21) informing the Court that the parties had reached a settlement and were seeking approval of the settlement agreement in Surrogate Court on April 9, 2021. (See Dkt. No. 16.) Plaintiff requested that the Court allow sufficient time to obtain approval of the settlement and dismiss this action.

As of January 5, 2022, there has been no record of any proceedings or filings of any papers or correspondence with the Court. It is hereby ordered that the parties file a status report within seven days of this order.

**SO ORDERED.**

Dated:   New York, New York
         5 January 2022

_____
Victor Marrero
U.S.D.J.